UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GALE A. RACHUY, | Case No. 25-cv-343 (LMP/ECW) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JARED RARDIN, *Warden*, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright, entered on November 20, 2025. ECF No. 25. The R&R concludes that Petitioner Gale A. Rachuy's petition for a writ of habeas corpus (ECF No. 1) should be denied because his claims are moot. *See id.* at 3–8. Rachuy did not file objections to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews it for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error and adopts it in full.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 25) is **ADOPTED**;

2. Rachuy's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** as moot; and

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2026              *s/Laura M. Provinzino*
                                     Laura M. Provinzino
                                     United States District Judge